```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TROIX NELSON

                         Plaintiffs,
         -against-                                                 23 CIVIL 10379 (JPO)

                                                                      JUDGMENT
KATHLEEN S. THOMSON, et al.

                         Defendants.
-----------------------------------------------------------------X
```

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 11, 2025, Defendants' motions to dismiss are GRANTED and Jackson Defendants' motion for sanctions is DENIED. Accordingly, the case is closed.

**Dated:** New York, New York

February 11, 2025

TAMMI M. HELLWIG
Clerk of Court

BY:

_____
**Deputy Clerk**